IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN        DIVISION

BAIDEHI  L.  MUKHERJEE

_____
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

THE  CHILDRENS  MERCY  HOSPITAL

_____
_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. *16-CV-01291-W-ODS*
*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.  ☑ Yes  ☐ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DR. B. L. MUKHERJEE |
| Street Address | 4741 CENTRAL ST. #194    JACKSON |
| City and County | KANSAS CITY         JACKSON   COUNTY |
| State and Zip Code | MO 64112 |
| Telephone Number | 617 · 602 · 5998 |
| E-mail Address | AQUAMARINESTAR321 @ GMAIL · COM |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE CHILDREN'S MERCY HOSPITAL |
| Job or Title (if known) | |
| Street Address | 2401 GILLHAM ROAD |
| City and County | KANSAS CITY        JACKSON COUNTY |
| State and Zip Code | MO 64108 |
| Telephone Number | 816 · 234 · 3000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

| | |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | THE CHILDREN'S MERCY HOSPITAL |
| Street Address | 2401 GILLHAM ROAD |
| City and County | KANSAS CITY    JACKSON COUNTY |
| State and Zip Code | MO 64108 |
| Telephone Number | 816.234.3000 |

## II. Cause of Action

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☑ Other federal law *(specify the federal law)*:
E PA
_____

☑ Missouri Human Rights Act, Missouri Revised Statute § 213.055

☑ Other state law *(specify, if known)*:
_____
_____

☑ Relevant city or county law *(specify, if known)*:
_____
_____

## III. Administrative Procedures

A. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: 01 . 23 . 15
☐ No

***Attach copy of the charge to this Complaint***

B. Have you received a Notice of Right-to-Sue Letter from the Equal Employment Opportunity Commission?

☑ Yes  ☐ No

***If yes, please attach a copy of the letter to this Complaint.***

C. Did you file a charge of discrimination against Defendant(s) with the Missouri Commission on Human Rights?

☑ Yes    Date filed: 01 . 23 . 15  (DUAL FILED WITH EEOC)
☐ No

***Attach copy of the charge to this Complaint***

D. Have you received a Notice of Right-to-Sue Letter from the Missouri Human Rights Commission?

☑ Yes  ☐ No

***If yes, please attach a copy of the letter to this Complaint.***

4

E.     If you are claiming *age discrimination*, check one of the following:

[ ]    60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

[ ]    fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

## IV.    Statement of Claim

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

[ ]    Failure to hire me.
[✓]    Termination of my employment.
[ ]    Failure to promote me.
[ ]    Failure to accommodate my disability.
[✓]    Unequal terms and conditions of my employment.
[✓]    Retaliation.
[✓]    Harassment/Hostile Work Environment
[✓]    Other acts *(specify)*:    VIOLATION OF EPA, EMPLOYMENT LAWS

*(Note:    Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on the following date(s):

UNEQUAL TERMS AND CONDITIONS STARTED FROM THE BEGINNING OF MY EMPLOYMENT ON JULY 9, 2012 AND CONTINUED WITH DISCRIMINATION,

C.     I believe that defendant(s) *(check one)*:    EXPLOITATION, HARASSMENT AND
                                                                            RETALIATION.
[✓]    is/are still committing these acts against me.    WRONGFUL TERMINATION
[ ]    is/are not still committing these acts against me.    OF EMPLOYMENT.

5

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

[✓]    race   *ASIAN*

[✓]    color   *NON WHITE*

[✓]    gender/sex   *FEMALE*

[✓]    religion   *HINDUISM*

[✓]    national origin   *INDIA*

[ ]    age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

[ ]    disability or perceived disability *(specify disability)*

_____

E.    Write a short and plain statement of FACTS that support your claim.  Do not make legal arguments.  You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

*PLEASE SEE ATTACHED FOR ANSWERS TO THE QUESTIONS ABOVE*

_____

_____

_____

_____

_____

_____

_____

_____

_____

## V.   Relief

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☑ Defendant be directed to _CEASE AND DESIST FROM CAUSING PERSONAL AND_

☑ Monetary damages (please explain): _ACTUAL, PUNITIVE, EMOTIONAL_   PROFESSIONAL HARM

☑ As additional relief to make Plaintiff whole, Plaintiff seeks (please specify and explain):

_DUE ACKNOWLEDGEMENT AND RECOGNITION OF MY CONTRIBUTIONS FOR_
_CMH'S INTELLECTUAL PROPERTY AND TECHNOLOGY TRANSFER MATTERS. LETTER OF_
_APOLOGY FOR THE HARM AND SUFFERING CAUSED TO ME. HOLD CMH STAFF INVOLVED_
_ACCOUNTABLE FOR THEIR ACTIONS CAUSING ME PERSONAL_

## VI.   Certification and Closing    _AND PROFESSIONAL HARM_

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _12 · 12_ , 20_16_.

Signature of Plaintiff _B. Mukherjee_

Printed Name of Plaintiff _BAIDEHI  L.  MUKHERJEE_

7