# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| B. L. MUKHERJEE, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 16-01291-CV-W-ODS |
| THE CHILDRENS MERCY HOSPITAL, | ) May 4, 2018 |
|     Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

X    Jury Verdict. This action came before the Court for a trial by jury.

___    Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the jury verdicts rendered on May 4, 2018, the jury found in favor of Defendant The Childrens Mercy Hospital on all claims.

Date: May 4, 2018

PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy