**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **B. L. MUKHERJEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 16-01291-CV-W-ODS** |
| | ) | |
| **THE CHILDRENS MERCY** | ) | |
| **HOSPITAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT IN A CIVIL CASE**

_____ Jury Verdict.   This action came before the Court for a trial by jury.

X___  Decision by Court.   This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to Order entered by Judge Ortrie D.

Smith on July 9, 2018, Plaintiff's motion for new trial, Doc. 161, is denied.

Date: July 9, 2018                                    PAIGE WYMORE-WYNN_____
                                                      Clerk of Court

                                                      s/ RENEA MATTHES MITRA_____
                                                      By: Renea Matthes Mitra, Courtroom Deputy